IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANCE SLIZEWSKI,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

  v.                                                    Case No. 17-cv-420-jdp

UNITED STATES OF AMERICA,

    Respondent.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Lance Slizewski denying petitioner's motion for post-conviction relief under 28 U.S.C. § 2255 and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | August 24, 2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |